

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00144-CR

Gerardo Gabriel **DE LA FUENTE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2011-CRN-000962-D2
Honorable Monica Z. Notzon, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED April 2, 2014.

_____
Rebeca C. Martinez, Justice